AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida    ▼

| | |
|---|---|
| JEPTHE JEAN LOUIS, individually and on behalf of all others similarly situated, _____ *Plaintiff(s)* v. MOMENTUM SOLAR LLC, _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  MOMENTUM SOLAR LLC
C/O:
Cogency Global INC.
115 N CALHOUN ST
STE 4
TALLAHASSEE, FL 32301

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  FAARIS K. UDDIN, ESQ.
ZANE C. HEDAYA, ESQ.
GERALD D. LANE, JR., ESQ.
The Law Offices of Jibrael S. Hindi
1515 NE 26TH Street
Wilton Manors FL 33305
Phone: 813-340-8838

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                  *Signature of Clerk or Deputy Clerk*